Jules Warnier et al., Respondents, *v.* Otto Boessneck et al., Appellants.

*Warnier* v. *Boessneck*, 5 App. Div. 240, affirmed.
(Argued April 21, 1899; decided May 12, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 8, 1896, upon an order affirming an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Thomas J. Falls* for appellants.

*Payson Merrill* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.